[No. 7571–3–I.   Division One.   August 25, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. ALVIN SINCLAIR, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80246, Warren Chan, J., entered April 13,

1979. *Affirmed* by unpublished opinion per Callow, C.J., concurred in by Dore and Durham–Divelbiss, JJ.